IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA METCALF, Executrix of the Estate of DONALD ROY HEBBE, DECEASED, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| | 23-CV-04749 |
| BURLINGTON, BURLINGTON STORES, INC., BURLINGTON POTTSTOWN #1149, UNITED HAMPSHIRE US REIT, AC MOORE UPLAND SQUARE, UPLAND SQUARE, MCB REAL ESTATE and JOHN DOES I-111 | |
| Defendants. | |

## ORDER

AND NOW, this    day of       , 2025 upon consideration of the Estate Petition it is hereby ORDERED and DECREED that the Petitioner is authorized to enter into a settlement with Defendants in the gross sum of One Million Dollars ($1,000,000.00). Defendants shall forward all settlement drafts or checks to Petitioner's counsel for proper distribution.

IT IS FURTHER ORDERED and DECREED that the settlement proceeds are allocated as follows:

        Sixty (60%) percent to the Wrongful Death Claim and

        Forty (40%) percent to the Survival Claim.

        The proceeds of the Wrongful Death Claim and Survival Claim in the sum of $1,000,000.00 are allocated to the following parties in interest:

| | | |
|---|---|---|
| TO: | Rosenbaum & Associates P.C for counsel fees | $ 290,000.00 |

| TO: | Rosenbaum & Associates for costs | $ | 9,253.20 |
|---|---|---|---|
| TO: | CMS | $ | 24,750.71 |
| TO: | BlueCross BlueShield (Healthcare Lien) | $ | 1,515.00 |
| TO: | Phia Group (Healthcare Lien) | $ | 2,630.63 |
| TO: | Tower Health Medical Center | $ | 1,257.99 |

The remainder of the Wrongful Death and Survival Claims in the amount of $670,592.47 shall be paid as follows:

| TO: | Wrongful Death Beneficiaries: | $ | 402,355.48 |
|---|---|---|---|
| | Alicia Metcalf (daughter) | $ | 402,355.48 |
| TO: | Survival Clam: | $ | 268,236.99 |
| | Alicia Metcalf, Executrix of the Estate of Donald Roy Hebbe, Deceased | $ | 268,236.99 |

BY THE COURT:

_____ J.

ROSENBAUM and ASSOCIATES, P.C.
By: CHRISTOPHER R. DURSO, ESQ.
Identification No. 89289
1818 Market Street, Suite 3200
Philadelphia, PA 19103                    Attorney for Plaintiff
(215) 569-0200
cdurso@rosenbaumfirm.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA METCALF, Executrix of the Estate of DONALD ROY HEBBE, DECEASED, | CIVIL ACTION |
| **Plaintiff,** | |
| v. | 23-CV-04749 |
| BURLINGTON, BURLINGTON STORES, INC., BURLINGTON POTTSTOWN #1149, UNITED HAMPSHIRE US REIT, AC MOORE UPLAND SQUARE, UPLAND SQUARE, MCB REAL ESTATE and JOHN DOES I-111 | |
| **Defendants.** | |

### PETITION TO COMPROMISE WRONGFUL SURVIVAL CLAIM

**To the Honorable, the Judges of Said Court:**

The Petition of Alicia Metcalf as Personal Representative of the Estate of Donald Roy Hebbe, Deceased, respectfully represents that:

1. The decedent, Donald Roy Hebbe, died on August 19, 2023, at the age of 83 years old.

2. On September 11, 2023, Letters of Testamentary were granted to Alicia Metcalf, by the Office of the Register of Wills of Berks County. A true and correct copy of the Letters of Testamentary is attached hereto as Exhibit "A".

3. At the time of his death, the decedent did leave a Will. Attached hereto is a copy of the Last Will and Testament marked as Exhibit "B".

4. The law firm of Rosenbaum and Associates was hired by the decedent to pursue a personal injury case arising from a general negligence injury that occurred on August 15, 2023, where Donald Roy Hebbe, Deceased, suffered injuries.

5. The aforesaid Estate Claim was recently settled by Rosenbaum & Associates, P.C. and approved by Alicia Metcalf, as Personal Representative of the Estate of Donald Roy Hebbe, Deceased, for and in consideration of the total sum of $1,000,000.00.

6. In this case, the Personal Representative of the Estate of Donald Roy Hebbe, Deceased, Alicia Metcalf, seeks the Court's approval of the aforesaid settlement and, further, respectfully requests that this Honorable Court Counsel allocate the proceeds of the action in accordance with the decedent's Will.

7. Rosenbaum and Associates has received correspondence from The Department of Human Estate Recovery Program dated June 26, 2025, indicating individual did not receive any type of assistance during the questioned period. Attached hereto is a copy of said letter marked as Exhibit "C".

8. Petitioner, through counsel, has obtained a letter dated July 7, 2025, from Medicare indicating final demand amount of $24,750.71. Attached hereto is a copy of the letters marked as Exhibit "D".

9. Rosenbaum & Associates has received correspondence from BlueCross BlueShield of Michigan dated June 17, 2025, indicating agreement to be settled in the amount of $1,515.00. A copy of said letter is attached hereto as Exhibit "E".

10. Rosenbaum & Associates has received correspondence from The Phia Group stating that the Plan will accept $2,630.63 as payment of its subrogation interest for claims paid. A copy of said letter dated June 30, 2025, is attached hereto as Exhibit "F".

11. In prosecuting the Estate Claim on behalf of Donald Roy Hebbe, Deceased, counsel requests a fee in the sum of Two Hundred Ninety Thousand Dollars ($290,000.00) the fee was Twenty-Five (25%) Percent. A copy of said Fee Agreement is attached hereto and marked as Exhibit "G".

12. In prosecuting the Estate Claim on behalf of Donald Roy Hebbe, Deceased, Rosenbaum & Associates, P.C. has incurred costs in the amount of $9,253.20, a listing of said costs is attached hereto as Exhibit "H".

13. Alicia Metcalf, Personal Representative of the Estate of Donald Roy Hebbe, Deceased, approved the following apportionment and distribution of the settlement proceeds:

Sixty (60%) percent to the Wrongful Death Claim and

Forty (40%) percent to the Survival Claim.

The proceeds of the Wrongful Death Claim and Survival Claim in the sum of $1,000,000.00 are allocated to the following parties in interest:

| TO: | Rosenbaum & Associates P.C for counsel fees | $ | 290,000.00 |
|---|---|---|---|
| TO: | Rosenbaum & Associates for costs | $ | 9,253.20 |
| TO: | CMS | $ | 24,750.71 |
| TO: | BlueCross BlueShield (Healthcare Lien) | $ | 1,515.00 |

| | | | |
|---|---|---|---:|
| TO: | Phia Group (Healthcare Lien) | $ | 2,630.63 |
| TO: | Tower Health Medical Center | $ | 1,257.99 |

The remainder of the Wrongful Death and Survival Claims in the amount of $670,592.47 shall be paid as follows:

| | | | |
|---|---|---|---:|
| TO: | Wrongful Death Beneficiaries: | $ | 402,355.48 |
| | Alicia Metcalf (daughter) | $ | 402,355.48 |
| TO: | Survival Clam: | $ | 268,236.99 |
| | Alicia Metcalf, Executrix of the Estate of Donald Roy Hebbe, Deceased | $ | 268,236.99 |

14. At present, there are no known additional claims against the Estate of Donald Roy Hebbe, deceased.

15. A copy of this Petition has been sent to The Pennsylvania Department of Revenue, Inheritance Tax Division, P.O. Box 280601, Harrisburg, PA 17128-0604, attention Carolyn Dymond, for approval of the allocation of the settlement funds between the Wrongful Death and Survival Actions. A copy of said response that there is no objection to the proposed allocation, is attached hereto and marked as Exhibit "I".

WHEREFORE, Alicia Metcalf, Personal Representative of the Estate of Donald Roy Hebbe, deceased, respectfully request that this Honorable Court approve the aforesaid Petition to Estate Claim.

DATE: 8-8-2025

ROSENBAUM & ASSOCIATES, P.C.
BY: _____
CHRISTOPHER DURSO, ESQUIRE

ROSENBAUM and ASSOCIATES, P.C.
By: CHRISTOPHER R. DURSO, ESQ.
Identification No. 89289
1818 Market Street, Suite 3200
Philadelphia, PA 19103                        Attorney for Plaintiff
(215) 569-0200
cdurso@rosenbaumfirm.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICIA METCALF, Executrix of the Estate of DONALD ROY HEBBE, DECEASED,** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| v. : | **23-CV-04749** |
| **BURLINGTON,** : | |
| **BURLINGTON STORES, INC.,** : | |
| **BURLINGTON POTTSTOWN #1149,** : | |
| **UNITED HAMPSHIRE US REIT,** : | |
| **AC MOORE UPLAND SQUARE,** : | |
| **UPLAND SQUARE,** : | |
| **MCB REAL ESTATE and** : | |
| **JOHN DOES I-111** : | |
| **Defendants.** : | |

## CERTIFICATION OF SERVICE

I do hereby certify that service of a true and correct copy of the within Petition for Estate Claim, was mailed to the following below by United States Mail, postage prepaid as dated below.

| | |
|---|---|
| Alicia Metcalf | George M. Vinci, Jr., Esquire |
| 521 Centennial Avenue | John T. Asher, III, Esquire |
| Gilbertsville, PA 19525 | Spector Gadon Rosen Vinci, P.C. |
| | 1635 Market Street, 7th Floor |
| Department of Human Services | Philadelphia, PA 19103 |
| P.O. Box 8486 | |
| Harrisburg, PA 17105 | |

Medicare NGHP
P.O. Box 138832
Oklahoma City, OK 73113

ROSENBAUM & ASSOCIATES, P.C.

DATE: 8-8-2025

_____
CHRISTOPHER DURSO, ESQUIRE
Attorney for Plaintiffs

46338

COMMONWEALTH OF PENNSYLVANIA:

ss

COUNTY OF PHILADELPHIA    :

ALICIA METCALF as Personal Representative, of the Estate of DONALD ROY HEBBE, Deceased, being duly sworn according to law, deposes and says that she is the Personal Representative in the within matter; that she approves of the proposed settlement because she considers it fair and reasonable and that it adequately compensates for the injuries sustained, and expenses incurred; that she approves the proposed distribution contained in the form of Order attached hereto; and that the facts set forth in the foregoing are true and correct to the best of her knowledge, information and belief.

_____
ALICIA METCALF, EXECUTRIX OF THE
ESTATE OF DONALD ROY HEBBE, DECEASED

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 5'ᵗʰ DAY
OF AUGUST, 2025.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Lee Bayout, Notary Public
Berks County
My commission expires April 07, 2029
Commission number 1385991