IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA METCALF, Executrix of the Estate of Donald Roy Hebbe, Deceased,<br>Plaintiff,<br><br>v.<br><br>BURLINGTON,<br>BURLINGTON STORES, INC.,<br>BURLINGTON POTTSTOWN #1149,<br>UNITED HAMPSHIRE US REIT,<br>AC MOORE UPLAND SQUARE,<br>UPLAND SQUARE,<br>MCB REAL ESTATE and<br>JOHN DOES I-III,<br>Defendants. | CIVIL ACTION<br><br><br>NO. 23-4749 |

**O R D E R**

**AND NOW**, this 16th day of October, 2025, upon consideration of the Estate's Petition (ECF No. 34), it is hereby **ORDERED** and **DECREED** that the Petitioner is authorized to enter into a settlement with Defendants in the gross sum of One Million Dollars ($1,000,000.00). Defendants shall forward all settlement drafts or checks to Petitioner's counsel for proper distribution.

**IT IS FURTHER ORDERED** and **DECREED** that the settlement proceeds are allocated as follows:

      Sixty (60%) percent to the Wrongful Death Claim and

      Forty (40%) percent to the Survival Claim.

The proceeds of the Wrongful Death Claim and Survival Claim in the sum of $1,000,000.00 are allocated to the following parties in interest:

| TO: | Rosenbaum & Associates P.C<br>for counsel fees | $ 290,000.00 |
|---|---|---|

| | | |
|---|---|---|
| TO: | Rosenbaum & Associates P.C for costs | $ 9,253.20 |
| TO: | CMS | $ 24,750.71 |
| TO: | BlueCross BlueShield (Healthcare Lien) | $ 1,515.00 |
| TO: | Phia Group (Healthcare Lien) | $ 2,630.63 |
| TO: | Tower Health Medical Center | $ 1,257.99 |

The remainder of the Wrongful Death and Survival Claims in the amount of $670,592.47 shall be paid as follows:

| | | |
|---|---|---|
| TO: | Wrongful Death Beneficiaries: | $ 402,355.48 |
| | Alicia Metcalf (daughter) | $ 402,355.48 |
| TO: | Survival Claim: | $ 268,236.99 |
| | Alicia Metcalf, Executrix of the Estate of Donald Roy Hebbe, Deceased | $ 268,236.99 |

The Deputy Clerk will **MARK** this case as **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**